UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JACOB WEISMAN,

    Defendant.
_____/

Hon. Robert J. Jonker

Case No. 1:17-cr-00193

## ORDER OF DETENTION

This matter is before the Court on the government's motion for pretrial detention. Defendant has been charged in an Indictment with conspiracy to launder money, in violation of 18 U.S.C. § 1956 (h) and (a)(1)(A)(i).

The government sought defendant's detention on the basis that he poses a significant risk of flight, 18 U.S.C. § 3142(f)(2)(A). The Court conducted a hearing today, at which defendant was represented by counsel.

Having considered the information presented at the hearing, the parties' oral submissions, and the information in the Pretrial Services Report, and for the reasons stated on the record, the Court finds that the government has sustained its burden of proving by preponderant evidence, that defendant poses a significant risk of flight.

The Court also finds that there is no condition or combination of conditions of release that will ensure the appearance of the defendant. Accordingly,

IT IS ORDERED that defendant is committed to the custody of the Attorney General pending further order of this Court.

DONE AND ORDERED on November 9, 2017.

   /s/ Phillip J. Green
PHILLIP J. GREEN
United States Magistrate Judge